# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF LOUISIANA

IN RE:     ROBERT JUDE RODRIGUEZ         CASE NO.: 17-51074

           Debtor                                    Chapter 13

*******************************************************************************************

## MOTION OF THE DEBTOR TO DISMISS CASE

NOW INTO COURT, through undersigned counsel, comes the Debtor, who submits the following to the Court:

1.

The Debtor filed a voluntary petition under Chapter 13 of the U.S. Bankruptcy Code on August 16, 2017.

2.

The Debtors desire to dismiss their case.

WHEREFORE, the Debtors prays that this Motion be filed and that case be dismissed.

Respectfully submitted,

By:    /s/ William C. Vidrine
        WILLIAM C. VIDRINE (21398)
        711 W. Pinhook Rd.
        Lafayette, La. 70503
        (337) 233-5195