# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** Robert Summerhays, Presiding

**IN RE:** Robert Jude Rodriguez
Debtor(s)

**Chapter:** 13
**Case Number:** 17–51074

## ORDER DISMISSING CASE

The debtors have filed a motion in accordance with 11 U.S.C. §1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. §706 or §1112.

IT IS ORDERED that this chapter 13 case is dismissed.

**SIGNED IN Lafayette, LA this the 6th day of September, 2017**

　　　　　　　　　　　　　　　　　　　　**/s/ Robert Summerhays**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**